UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | : | Case No. 1:18-cv-627 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| DEWEY ALLEN LYNCH, *et al.*, | : | |
| Defendants. | : | |

## ORDER OF DISMISSAL

The Court, having been advised by the parties that this civil action has been settled, and upon Plaintiff's notice of voluntary dismissal with prejudice (Doc. 18);

It is **ORDERED** that this action is hereby **DISMISSED with prejudice**. Per the parties' agreement, each party shall bear its own costs. Further, the Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Date: 3/12/2019

Timothy S. Black
United States District Judge